IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

ROBERT J. ARNESON,

          Defendant.

ORDER

14-po-4-slc

---

On May 20, 2014, the parties filed a joint recommendation for disposition of this petty offense case involving a citation for operating a motor vehicle while operating privileges were revoked. *See* dkt. 3. At a May 22, 2014 telephonic status conference, both sides, by counsel, reported that it was not necessary for the defendant personally to appear to plead guilty to the citation, and that both the government and the defendant were comfortable with the court disposing of this case by written order.

Accordingly, IT IS ORDERED that:

(1) The court accepts defendant Robert J. Arneson's signed stipulation to plead guilty to the offense of operating a motor vehicle after revocation as charged in Violation Number 1011061 (*see* dkt. 1) and hereby finds defendant GUILTY of that violation.

(2) As the penalty for this violation, not later than June 3, 2014, defendant Robert J. Arneson shall pay a fine of $250, plus a $10 criminal assessment, both payable to U.S. District Court, WDWI, at 120 North Henry Street, Madison, WI 53703.

Entered this 23rd day of May, 2014.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge